No. 89–59.   SPIGAROLO *v.* CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 89–78.   ARZOLA-AMAYA ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–90.   JUNGEN, ADMINISTRATRIX OF THE ESTATE OF JUNGEN, ET AL. *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 89–170.   SOSEBEE *v.* GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 89–171.   DICARLANTONIO *v.* UNITED STATES; and
No. 89–5641.   PRAYSO *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   Reported below: 870 F. 2d 1058.

No. 89–177.   AETNA CASUALTY & SURETY CO. *v.* MCMASTER. Ct. App. La., 5th Cir.   Certiorari denied.

No. 89–194.   VANCE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 89–200.   OFMAN *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–201.   DEAS *v.* LEVITT, NEW YORK CITY PERSONNEL DIRECTOR, ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 89–211.   SOUTHERN ELECTRICAL RETIREMENT FUND *v.* CUSTER.   Ct. App. Tenn.   Certiorari denied.

No. 89–212.   57,261 ITEMS OF DRUG PARAPHERNALIA ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 89–216.   LAVERY *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–220.   SECRIST *v.* HARKIN, UNITED STATES SENATOR, ET AL.   C. A. 8th Cir.   Certiorari denied.